No. 01–1455.  IN RE ACOMB ET AL.  Petition for writ of mandamus and/or prohibition denied.

No. 01–1120.  MEYER v. HOLLEY ET AL.  C. A. 9th Cir.  Certiorari granted.

No. 01–1231.  CONNECTICUT DEPARTMENT OF PUBLIC SAFETY ET AL. v. DOE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED.  C. A. 2d Cir.  Certiorari granted.

No. 01–807.  PHEASANT BRIDGE CORP. v. TOWNSHIP OF WARREN.  Sup. Ct. N. J.  Certiorari denied.

No. 01–929.  DAIMLERCHRYSLER AKTIENGESELLSCHAFT v. OLSON ET AL.  Ct. App. Tex., 3d Dist.  Certiorari denied.

No. 01–1024.  THOMPSON ET AL. v. COLORADO ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 01–1044.  MAGIC CHEF CO. v. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT.  C. A. 11th Cir.  Certiorari denied.

No. 01–1100.  EASTERN MINERALS INTERNATIONAL, INC., ET AL. v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 01–1172.  PINEY RUN PRESERVATION ASSN. v. COUNTY COMMISSIONERS OF CARROLL COUNTY.  C. A. 4th Cir.  Certiorari denied.

No. 01–1276.  ROLLESTON v. ST. PAUL FIRE & MARINE INSURANCE CO.  Sup. Ct. Ga.  Certiorari denied.

No. 01–1290.  MCINNIS ET AL. v. DANIEL, ADMINISTRATRIX OF THE ESTATE OF DANIEL, DECEASED.  Sup. Ct. Ala.  Certiorari denied.